DATE: January 13, 2014

REPLY TO
ATTN OF: Jim Perdue, Deputy Chief U.S. Probation Officer

SUBJECT: **Request to Destroy Evidence**

Re.: James Duermeier
Docket No.: 3:07-00120

TO: The Honorable Todd J. Campbell, U. S. District Judge

On November 3, 2006, the following evidence was seized during the offender's period of supervised release and his case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
|------|----------|------|
| 247 | 1 | Kodak Camera |

Thank you for your time and consideration in this matter.

Approved: _Todd Campbell_
The Honorable Todd J. Campbell,
U.S. District Judge